# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY EDEN CAVINS, ] | |
| Petitioner, ] | |
| vs. ] | CIVIL ACTION NO. 03-KOB-RRA-809-E |
| THE UNITED STATES PAROLE ] COMMISSION and THE DISTRICT ] OF COLUMBIA BOARD OF PAROLE, ] | |
| Respondents. ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuan to 28 U.S.C. § 2241.  The magistrate judge entered a report and recommendation recommending that the respondents' motion to dismiss be granted and that the action be dismissed.  No objections have been filed.  The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  This habeas petition is due to be dismissed.  An appropriate order will be entered.

Done this 1st day of June 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE